# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| STATE OF MARYLAND,<br><br>                Plaintiff,<br><br>   v.<br><br>3M COMPANY, CORTEVA, INC., DUPONT DE NEMOURS, INC., EIDP, INC., F/K/A E. I. DU PONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>                Defendants. | Civil Action No. 1:23-CV-01836<br><br>Judge Richard D. Bennett |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. §§ 1291 and 1447(d) and Rule 3 of the Federal Rules of Appellate Procedure, Defendant 3M Company hereby gives notice that it appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in the above-captioned case on February 12, 2024 (Dkt. No. 47), granting Plaintiff's Motion to Remand to State Court (Dkt. No. 23).

Respectfully submitted,

March 12, 2024

*/s/ Katherine Monks Bleicher*
Katherine Monks Bleicher
(admitted to D. Md.; Bar No. 19870)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Phone: (202) 263-3000
Fax: (202) 403-3017
Kbleicher@mayerbrown.com

1

Daniel L. Ring (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Phone: (312) 782-0600
Fax: (312) 701-7711
dring@mayerbrown.com

*Counsel for 3M Company*