# SHER EDLING LLP
## PROTECTING PEOPLE AND THE PLANET

March 17, 2026

*Via ECF*

The Honorable Richard D. Bennett
United States District Court Judge
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:    *State of Maryland v. 3M Company, et al.*, Civil Case No. 1:23-cv-01836-RDB

Dear Judge Bennett:

Plaintiff, the State of Maryland ("the State"), respectfully requests a status conference to discuss how the Court wishes to address the outstanding issues related to Plaintiffs' Motion to Remand following resolution of the appeal.

This case originated in the Circuit Court for Baltimore City. Defendant 3M Co. ("3M") removed the case to federal court on the basis of the federal officer removal statute, 28 U.S.C. § 1442. (ECF No. 1.) The State moved to remand (ECF No. 23), and this Court granted that motion on February 12, 2024. (ECF No. 47). Defendant 3M filed an interlocutory appeal, and the Fourth Circuit reversed, holding that 3M satisfied the nexus prong of the federal officer removal test. 130 F.4th 380, 389–92 (4th Cir. 2025) (ECF No. 54-2).[1] The Fourth Circuit, however "le[ft] it to the district court[] to consider" the two remaining elements of federal officer removal: whether 3M "(1) acted under a federal officer and (2) has a colorable federal defense." *Id.* at 392–93. The State petitioned the U.S. Supreme Court for certiorari, which was denied on March 2, 2026. 2026 WL 568301 (U.S. 2026). The State requests a status conference to discuss how the Court prefers to address the outstanding questions related to the Motion to Remand. The State proposes that supplemental briefing would be helpful but defers to the Court.

Because this case is likely to remain in this Court rather than be transferred to the pending multidistrict litigation, *In re: Aqueous Film-Forming Foams ("AFFF") Products Liability Litigation* (the "MDL"), a status conference will be helpful to set the path forward. The Judicial Panel on Multidistrict Litigation ("JPML") previously rejected 3M's request to transfer this case to the MDL on October 4, 2023. (ECF No. 44 (denying transfer because the State's complaint "alleges PFAS contamination of the state's natural resources generally stemming from non-AFFF sources" and "does not identify a contamination site at issue in the MDL").) After the U.S. Supreme Court denied certiorari, 3M again sought, on March 5, 2026, to transfer this case to the MDL. "The Clerk of the Panel" promptly denied the request, "determin[ing] the listed action[] is not appropriate for inclusion in this MDL." (*In re AFFF*, ECF No. 4196.) 3M still has the option to file a motion to transfer, but the JPML's prior decisions suggest that the case will be litigated in this Court.

---

[1] 3M had also removed on the basis of federal enclave jurisdiction. (ECF No. 1 at 25–27.) This Court determined that federal enclave jurisdiction is lacking (ECF No. 47 at 8–9), and 3M did not appeal that ruling, 130 F.4th at 386 n.2.

The Honorable Richard D. Bennett
District of Maryland
March 17, 2026

The State has consulted with Defendants. Defendant 3M does not oppose the request for a status conference should the Court believe it helpful, but 3M disagrees that the case is unlikely to be transferred to the MDL. The State has not received the DuPont Defendants'[2] position at the time of filing this letter.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

PATRICIA V. TIPON (28786)
JULIE KUSPA (21432)
MATTHEW ZIMMERMAN (01222)
Assistant Attorneys General
Office of the Attorney General
1800 Washington Boulevard, Suite 6048
Baltimore, Maryland 21230
patricia.tipon@maryland.gov
matthew.zimmerman@maryland.gov
julie.kuspa@maryland.gov
(410) 537-3061

ADAM D. SNYDER (25723)
Assistant Attorney General
Office of the Attorney General
120 E. Baltimore Street
Baltimore, Maryland 21202
adam.snyder1@maryland.gov
(410) 767-1409

*and*

*/s/ Ashley B. Campbell*

STEPHANIE D. BIEHL (*pro hac vice*)
ASHLEY B. CAMPBELL (*pro hac vice*)
SHER EDLING LLP
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
stephanie@sheredling.com
ashley@sheredling.com
(628) 231-2500

---

[2] Defendants Corteva, Inc.; DuPont de Nemours, Inc.; EIDP, Inc. f/k/a E.I. Du Pont de Nemours and Company; and the Chemours Company.

2

SHER EDLING LLP
PROTECTING PEOPLE AND THE PLANET

The Honorable Richard D. Bennett
District of Maryland
March 17, 2026

SCOTT E. KAUFF (20260)
ALEXANDER LATANISION (*pro hac vice*)
DEREK Y. SUGIMURA (28600)
LAW OFFICES OF JOHN K. DEMA, P.C.
One Central Plaza
11300 Rockville Pike, Suite 112
Rockville, Maryland 20852
skauff@demalaw.com
alatanision@demalaw.com
dsugimura@demalaw.com
(202) 309-0200

JOHN D.S. GILMOUR (*pro hac vice*)
WILLIAM J. JACKSON (*pro hac vice*)
FANNY B. TURCIOS (*pro hac vice*)
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd
Houston, Texas 77027
jgilmour@kelleydrye.com
bjackson@kelleydrye.com
fturcios@kelleydrye.com
(713) 355-5000

MELISSA E. BYROADE (*pro hac vice*)
KELLEY DYRE & WARREN LLP
670 Maine Ave SW, Suite 600
Washington D.C., 20024
mbyroade@kelleydrye.com
(202) 342-8400

*Attorneys for the State of Maryland*

cc: All Counsel via ECF

3

SHER EDLING LLP
PROTECTING PEOPLE AND THE PLANET