**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| STATE OF MARYLAND,<br><br>    Plaintiff,<br><br>    v.<br><br>3M COMPANY; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; EIDP, INC., (f/k/a E.I. DU PONT DE NEMOURS AND COMPANY); AND THE CHEMOURS COMPANY,<br><br>    Defendants. | Case No. 1:23-cv-01836-RDB |

## DEFENDANT 3M COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant 3M Company ("3M"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6) respectfully moves this court to dismiss the Complaint filed by the Plaintiff the State of Maryland ("the State"). For the reasons set forth in the accompanying Memorandum of Law, the Complaint fails to state a claim upon which relief can be granted and should be subject to dismissal as it: 1) violates the rule against claim-splitting; 2) fails to allege that 3M caused any cognizable injury; 3) fails to allege a cognizable duty owed to sustain claims for negligence, design-defect and failure-to-warn; 4) fails to state a claim for design-defect for the independent reason that it does not allege harm to end-users; 5) fails to adequately allege trespass; 6) fails to state an actionable public nuisance claim; and 7) fails to state a claim under Section 9-322 of the Maryland Code's Environment Article. Accordingly, 3M respectfully requests that the Court dismiss the State's Complaint in its entirety or, in the alternative, stay this action pending resolution of the State's first-filed suit against 3M, now pending in the *In re Aqueous Film-Forming Foams (AFFF) Products Liability Litigation* (MDL No. 2873).

March 18, 2026

Respectfully submitted,

*/s/  Tonya Kelly Cronin*

Tonya Kelly Cronin (Bar No. 27166)
Alison C. Schurick (Bar No. 19770)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, MD 21202
(410) 862-1049
tykelly@bakerdonelson.com
aschurick@bakerdonelson.com

Lauren R. Goldman (*pro hac forthcoming*)
Justine Goeke (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
lgoldman@gibsondunn.com
jgoeke@gibsondunn.com

Amir C. Tayrani (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
(202) 955-8500
atayrani@gibsondunn.com

Daniel L. Ring
Terri L. Mascherin (*pro hac vice forthcoming*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Tel: (312) 923-2625
dring@jenner.com
tmascherin@jenner.com

Joanna Wright (*pro hac vice forthcoming*)
JENNER & BLOCK LLP
1155 Ave. of the Americas
New York, NY 10022
Tel: (212) 891-1600
jwright@jenner.com

*Counsel for 3M Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March 2026, the foregoing was electronically filed with the Clerk of the Court using this Court's CM/ECF system, which served a copy on all counsel of record.

*/s/  Tonya Kelly Cronin*
Tonya Kelly Cronin