**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

STATE OF MARYLAND,

Plaintiff,

v.

3M COMPANY; CORTEVA, INC.; DUPONT
DE NEMOURS, INC.; EIDP, INC., (f/k/a E.I. DU
PONT DE NEMOURS AND COMPANY); AND
THE CHEMOURS COMPANY,

Defendants.

Case No. 1:23-cv-01836 - RDB

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant 3M Company's Motion to Dismiss, and any

opposition thereto, it is HEREBY ORDERED this _____ day, of _____, 2026, that:

1.    The Motion to Dismiss is GRANTED;

2.    The Plaintiff's Complaint is dismissed with prejudice.

_____
Richard D. Bennett
United States Senior District Judge