**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| STATE OF MARYLAND, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; EIDP, INC., (f/k/a E.I. DU PONT DE NEMOURS AND COMPANY); AND THE CHEMOURS COMPANY, <br><br> Defendants. | Case No. 1:23-cv-01836-RDB |

**DEFENDANT 3M COMPANY'S MOTION TO STAY THIS ACTION**
**PENDING TRANSFER DECISION BY THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

Defendant 3M Company ("3M") respectfully moves this Court for an order staying all proceedings in this matter until the Judicial Panel on Multidistrict Litigation ("JPML") rules on 3M's pending motion to transfer this action to the District of South Carolina for inclusion in the multidistrict litigation proceeding captioned *In re Aqueous Film-Forming Foams (AFFF) Products Liability Litigation* (MDL No. 2873).

As more fully explained in the accompanying Memorandum of Law, transfer of this matter to the AFFF MDL is likely to occur within the next three months (one to two weeks following the JPML's May 28, 2026 hearing session). A brief stay pending the JPML's decision is necessary to conserve judicial resources and avoid the inefficiencies of duplicative proceedings. The State will not be prejudiced by a short stay, lasting for far less time than its own unsuccessful efforts to avoid federal court. Proceeding with dual-track litigation, particularly in a case that is likely to be

1

transferred, would prejudice 3M. Accordingly, 3M respectfully requests that the Court stay this action pending the JPML's decision on transfer.

DATED: March 18, 2026

Respectfully submitted,

/s/  Tonya Kelly Cronin
Tonya Kelly Cronin (Bar No. 27166)
Alison C. Schurick (Bar No. 19770)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, MD 21202
(410) 862-1049
tykelly@bakerdonelson.com
aschurick@bakerdonelson.com

Lauren R. Goldman (*pro hac vice forthcoming*)
Justine Goeke (*pro hac vice forthcoming*)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
lgoldman@gibsondunn.com
jgoeke@gibsondunn.com

Amir C. Tayrani (*pro hac vice forthcoming*)
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, DC 20036
(202) 955-8500
atayrani@gibsondunn.com

Daniel L. Ring
Terri L. Mascherin (*pro hac vice forthcoming*)
Jenner & Block LLP
353 N. Clark St.
Chicago, Illinois 60654
Tel: (312) 923-2625
dring@jenner.com
tmascherin@jenner.com

2

Joanna Wright (*pro hac vice forthcoming*)
Jenner & Block LLP
1155 Ave. of the Americas
New York, NY 10022
Tel: (212) 891-1600
jwright@jenner.com

*Counsel for 3M Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March 2026, the foregoing was electronically filed with the Clerk of the Court using this Court's CM/ECF system, which served a copy on all counsel of record.

/s/ Tonya Kelly Cronin
Tonya Kelly Cronin

3