**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

|  |  |
|---|---|
| STATE OF MARYLAND <br><br> *Plaintiff,* <br><br> v. <br><br> 3M COMPANY, *et al.* <br><br> *Defendants*. | Case No. 1:23-cv-01836 |

**JOINDER IN DEFENDANT 3M COMPANY'S MOTION TO STAY
THIS ACTION PENDING TRANSFER DECISION BY THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendants EIDP, Inc., The Chemours Company, Corteva, Inc., and DuPont de Nemours, Inc., by undersigned counsel, hereby join in the Motion to Stay this Action Pending Transfer Decision by the Judicial Panel on Multijurisdictional Litigation ("Motion to Stay") (Dkt. 63), filed by Defendant 3M Company.  By joining in the Motion to Stay, each Defendant does not waive, and specifically reserves, all defenses, including the defense of lack of personal jurisdiction.

Dated:   March 26, 2026

                    /s/
Jaime W. Luse (Bar No. 27394)
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Tel. (410) 752-9700
Fax (410) 727-5460
jluse@tydings.com

*Attorneys for Defendants EIDP, Inc., The Chemours Company, Corteva, Inc., and DuPont de Nemours, Inc.* (for all counts except fraudulent transfer)

6540786.1