IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

STATE OF MARYLAND,

    Plaintiff,

    v.

3M COMPANY; CORTEVA, INC.; DUPONT
DE NEMOURS, INC.; EIDP, INC., (f/k/a E.I. DU
PONT DE NEMOURS AND COMPANY); AND
THE CHEMOURS COMPANY,

    Defendants.

Case No. 1:23-cv-01836

**JOINT STIPULATION AND [PROPOSED] ORDER
TO SET BRIEFING SCHEDULE**

Defendant 3M Company ("3M") and Plaintiff the State of Maryland (the "State") (together, the "Parties") hereby jointly stipulate and agree to, and request the Court to enter, the following schedule for briefing on 3M's Motion to Dismiss Plaintiff's Complaint, filed March 18, 2026 (ECF No. 62), as follows:

1.    The State filed its motion to remand this action to the Circuit Court for Baltimore City on August 9, 2023. (ECF No. 23). The Court granted the State's remand motion on February 12, 2024 (ECF No. 47), which 3M timely appealed on March 12, 2024 (ECF No. 49). On March 7, 2025, the U.S. Court of Appeals for the Fourth Circuit vacated the remand order, but directed this Court to determine "whether 3M satisfied the other elements needed for federal officer removal." *Maryland v. 3M Co.*, 130 F.4th 380, 393 (4th Cir. 2025).

2.    On March 18, 2026, 3M filed (a) a motion seeking transfer of this matter to the U.S. District Court for the District of South Carolina, for inclusion in the pending multidistrict litigation

1

proceeding captioned *In re Aqueous Film-Forming Foams (AFFF) Products Liability Litigation* (MDL No. 2873) (the "AFFF MDL"), (b) a motion to dismiss the State's Complaint (ECF No. 62), and (c) a motion seeking a stay of this action pending the Judicial Panel on Multidistrict Litigation's transfer decision in the AFFF MDL (ECF No. 63).

3.    Pursuant to Local Rule 105.2.a., the State's opposition to 3M's Motion to Dismiss is currently due on or before April 1, 2026. The Parties have jointly agreed and stipulated to a modified briefing schedule, as follows:

a.    The State's opposition memorandum in response to 3M's Motion to Dismiss shall be filed within thirty (30) days of the resolution of 3M's Motion to Transfer, or a decision on the State's pending Motion for Remand, whichever occurs later;

b.    3M's reply memorandum in further support of its Motion to Dismiss shall be filed within thirty (30) days from the date of the State's opposition.

4.    Nothing in this Joint Stipulation waives or alters 3M's right to seek or obtain a stay.

WHEREFORE, and for good cause shown, the Parties stipulate and agree to the briefing schedule set forth above, and respectfully request that the Court enter an Order establishing this schedule as agreed by the Parties.

2

Respectfully Submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/          Patricia V. Tipon
PATRICIA V. TIPON (28786)
JULIE KUSPA (21432)
MATTHEW ZIMMERMAN (01222)
Assistant Attorneys General
Office of the Attorney General
1800 Washington Boulevard, Suite 6048
Baltimore, Maryland 21230
patricia.tipon@maryland.gov
matthew.zimmerman@maryland.gov
julie.kuspa@maryland.gov
(410) 537-3061

ADAM D. SNYDER (25723)
Assistant Attorney General
Office of the Attorney General
120 E. Baltimore Street
Baltimore, Maryland 21202
adam.snyder1@maryland.gov
(410) 767-1409

and

/s/          Ashley B. Campbell
STEPHANIE D. BIEHL (*pro hac vice*)
ASHLEY B. CAMPBELL (*pro hac vice*)
SHER EDLING LLP
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
stephanie@sheredling.com
ashley@sheredling.com
(628) 231-2500

SCOTT E. KAUFF (20260)
ALEXANDER LATANISION (*pro hac vice*)
DEREK Y. SUGIMURA (28600)
LAW OFFICES OF JOHN K. DEMA, P.C.
One Central Plaza
11300 Rockville Pike, Suite 112
Rockville, Maryland 20852

/s/          Daniel L. Ring
Daniel L. Ring (*pro hac vice*)
Terri L. Mascherin*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel: (312) 923-2625
dring@jenner.com
tmascherin@jenner.com

Joanna Wright*
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10022
Tel: (212) 891-1600
jwright@jenner.com

Tonya Kelly Cronin (Bar No. 27166)
Alison C. Schurick (Bar. No. 19770)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Light Street, 19th Floor
Baltimore, MD 21202
(410) 862-1049
tykelly@bakerdonelson.com
aschurick@bakerdonelson.com

Lauren R. Goldman (*pro hac vice*)
Justine Goeke (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
lgoldman@gibsondunn.com
jgoeke@gibsondunn.com

Amir C. Tayrani (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, DC 20036
(202) 955-8500
atayrani@gibsondunn.com

3

skauff@demalaw.com
alatanision@demalaw.com
dsugimura@demalaw.com
(202) 309-0200

JOHN D.S. GILMOUR (*pro hac vice*)
WILLIAM J. JACKSON (*pro hac vice*)
FANNY B. TURCIOS (*pro hac vice*)
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd
Houston, Texas 77027
jgilmour@kelleyddrye.com
bjackson@kelleydrye.com
fturcios@kelleydrye.com
(713) 355-5000

MELISSA E. BYROADE (*pro hac vice*)
KELLEY DYRE & WARREN LLP
670 Maine Ave SW, Suite 600
Washington D.C., 20024
mbyroade@kelleydrye.com
(202) 342-8400


*Counsel for the State of Maryland*

*Counsel for Defendant 3M Company*

*Motion for admission pro hac vice
forthcoming

SO ORDERED


Dated: ___3/31/2026_____



_____
     /s/

Richard D. Bennett
United States Senior District Judge

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March, 2026, I electronically filed the foregoing with the Clerk of the Court using this Court's CM/ECF system, which served a copy on all counsel of record.

/s/ *Tonya Kelly Cronin*
Tonya Kelly Cronin