**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| STATE OF MARYLAND,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; EIDP, INC., (f/k/a E.I. DU PONT DE NEMOURS AND COMPANY); AND THE CHEMOURS COMPANY,<br><br>Defendants. | Case No. 1:23-cv-01836-RDB |

**ORDER**

UPON CONSIDERATION of Defendant 3M Company's Motion to Stay this Action Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation ("Motion to Stay") and any opposition thereto, it is HEREBY ORDERED this __31st__ day, of __March__, 2026, that:

1.    The Motion to Stay is GRANTED;

2.    This matter and all deadlines are STAYED pending resolution by the JPML of 3M's motion to transfer this case to the MDL captioned *In re Aqueous Film-Forming Foams (AFFF) Products Liability Litigation* (MDL No. 2873); and

3.    3M shall promptly notify the Court of the JPML's transfer decision.

/s/
_____
Richard D. Bennett
United States Senior District Judge