# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND,

Plaintiff,

v.

3M COMPANY; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; EIDP, INC., (f/k/a E.I. DU PONT DE NEMOURS AND COMPANY); AND THE CHEMOURS COMPANY,

Defendants.

Case No. 1:23-cv-01836-RDB

## THE STATE OF MARYLAND'S OPPOSITION TO DEFENDANT 3M'S MOTION TO STAY PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to the United States District Court for the District of Maryland Local Rule 105.2(a), Plaintiff, the State of Maryland, responds to Defendant 3M Company's Motion to Stay Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation. This opposition is supported by the accompanying memorandum and proposed order.

Dated: April 1, 2026

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

PATRICIA V. TIPON (28786)
JULIE KUSPA (21432)
MATTHEW ZIMMERMAN (01222)
JUDD CRANE (32116)
Assistant Attorneys General
Office of the Attorney General
1800 Washington Boulevard, Suite 6048
Baltimore, Maryland 21230
patricia.tipon@maryland.gov
julie.kuspa@maryland.gov

matthew.zimmerman@maryland.gov
judd.crane@maryland.gov
(410) 537-3061

ADAM D. SNYDER (25723)
Assistant Attorney General
Office of the Attorney General
120 E. Baltimore Street
Baltimore, Maryland 21202
adam.snyder1@maryland.gov
(410) 767-1409

*and*

*/s/ Ashley B. Campbell*

STEPHANIE D. BIEHL (*pro hac vice*)
ASHLEY B. CAMPBELL (*pro hac vice*)
PAUL STEPHAN (*pro hac vice*)
SHER EDLING LLP
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
stephanie@sheredling.com
ashley@sheredling.com
paul@sheredling.com
(628) 231-2500

SCOTT E. KAUFF (20260)
ALEXANDER LATANISION (*pro hac vice*)
DEREK Y. SUGIMURA (28600)
LAW OFFICES OF JOHN K. DEMA, P.C.
One Central Plaza
11300 Rockville Pike, Suite 112
Rockville, Maryland 20852
skauff@demalaw.com
alatanision@demalaw.com
dsugimura@demalaw.com
(202) 309-0200

JOHN D.S. GILMOUR (*pro hac vice*)
WILLIAM J. JACKSON (*pro hac vice*)
FANNY B. TURCIOS (*pro hac vice*)
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd
Houston, Texas 77027
jgilmour@kelleydrye.com
bjackson@kelleydrye.com

2

fturcios@kelleydrye.com
(713) 355-5000

MELISSA E. BYROADE (31335)
FRANCIS B. MORRIS (*pro hac vice*)
KELLEY DYRE & WARREN LLP
670 Maine Ave SW, Suite 600
Washington D.C., 20024
mbyroade@kelleydrye.com
fmorris@kelleydrye.com
(202) 342-8400

*Attorneys for the State of Maryland*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April 2026, the foregoing document was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which served a copy on all counsel of record.

*/s/ Ashley B. Campbell*
Ashley B. Campbell